Hillsborough,
Dec. 4, 1917.

### ALICE CHABOT *v.* W. H. McELWAIN COMPANY.

CASE, for personal injuries. Trial by jury. Transferred from the January term, 1917, of the superior court by *Branch,* J., on the plaintiff's exception to a nonsuit. The plaintiff's evidence tended to prove that she scratched her finger on a wire protruding about one-half an inch from the side of the machine she operated. Blood poisoning resulted from this injury. She begun work on the machine the day of the accident and was injured while cleaning the machine in the way she was told to clean it. The wire was partially hidden by the drive-wheel of the machine.

*Martin & Howe, Henri A. Burque* and *Wason & Moran (Mr. Howe* orally), for the plaintiff.

*Albert Terrien* and *Doyle & Lucier (Mr. Terrien* orally), for the defendants.

YOUNG, J. The evidence warrants a finding that the defendants knew, and that the plaintiff neither knew nor was in fault for not knowing of the danger of which she complains, incident to cleaning the machine, that it was not an ordinary danger of the employment, and that they failed to notify her of it. Consequently it can be found that their fault was the cause of her injury.

*Exception sustained.*

All concurred.